IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CALVIN MARABLE,

    Plaintiff,

v.                                                           Civil Action No. **3:20CV512**

MEHERRIN RIVER REGIONAL JAIL,

    Defendant.

**MEMORANDUM OPINION**

Plaintiff, a Virginia inmate proceeding *pro se*, has submitted a letter complaining about his current conditions of confinement. (ECF No. 1.) By Memorandum Order entered on July 21, 2020, the Court directed Plaintiff to complete and return a § 1983 complaint form to the Court within fourteen (14) days of the date of entry thereof if he wished to file an action at this time. The Court explained that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than fourteen days have elapsed and Plaintiff has failed to return the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                  /s/
                                          John A. Gibney, Jr.
                                          United States District Judge

Date: 19 August 2020
Richmond, Virginia